## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FBN INPUTS, LLC,** *et al.*                                             **PLAINTIFFS**

**v.**                  **Case No. 4:20-mc-00010-KGB**

**MERETT EMERY FARMS, INC.**                                            **DEFENDANT**

## ORDER

Before the Court is the status of this matter. FBN Inputs, LLC and FBN Finance, LLC (collectively, "FBN") opened this matter to register a foreign judgment (Dkt. No. 2). By prior Order, the Court directed the parties to file a status report by February 1, 2023, updating the Court on whether there is anything further for the Court to address or whether the matter can be closed (Dkt. No. 12). Counsel for FBN filed a status report informing the Court that it needs time to evaluate the state of the proceeding, remaining avenues for judgment enforcement, and to ascertain from FBN whether it wishes to pursue further collection efforts (Dkt. No. 13). FBN therefore requests that the Court keep this case open for an additional 120 days (*Id.*). To date, garnishee Farm Credit Midsouth has not filed the requested status report or responded to FBN's status report.

Accordingly, the Court determines that this matter will remain open. The parties, either jointly or separately if they are unable to agree on a joint report, are directed to file within 120 days of the entry of this Order a written status report updating the Court as to the status of this matter, including whether there is anything further for the Court to address.

So ordered this the 6th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge